**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 21 WAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Court of |
| | : Common Pleas of Blair County entered |
| | : May 14, 2014 at No. |
| v. | : CP-07-CR-0000574-2013. |
| | : |
| | : |
| STEVEN M. WEYANT, | : |
| | : |
| Appellee | : |

## ORDER


**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).